# IN THE
## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | No. 14 CR 287-6 |
| v. ) | |
| ) | Honorable Charles Norgle |
| JAMES J. CARROLL ) | |

## AGREED ORDER

This matter coming before the Court by agreement of the parties, IT IS HEREBY ORDERED THAT:

The sentencing hearing for James J. Carroll shall be set for January 17, 2019, at 10:30 a.m.

Entered: _____
Honorable Charles Norgle
United States District Court Judge

Dated: 10-31-18