

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** )<br>   Plaintiff, )<br>v. )<br> )<br> )<br>**James Carroll** )<br>   Defendant , )<br> ) | No. 14 - CR 287-6<br>The Honorable Charles Norgle<br>Judge Presiding |

## UNOPPOSED ORDER

THIS CAUSE COMING ON TO BE HEARD on defendant, James Carroll's unopposed motion for the continuation of his sentencing hearing to June 11, 2019, neither the Government, nor Probation Department, having any objection, due notice having been given and the Court having jurisdiction over the matter,

   IT IS HEREBY ORDERED that the defendant's motion for continuation of his sentencing hearing be granted, setting the hearing for June 11, 2019.

DATED: 12/14/2018        ENTERED: _____