# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>   Plaintiff, )<br>v. )<br>)<br>James Carroll )<br>   Defendant, )<br>) | No. 14 - CR 287-6<br>The Honorable Charles Norgle<br>Judge Presiding |

### UNOPPOSED ORDER

THIS CAUSE COMING ON TO BE HEARD on defendant, James Carroll's unopposed motion for the continuation of his sentencing hearing to August 28th, 2019, neither the Government, nor Probation Department, having any objection, due notice having been given and the Court having jurisdiction over the matter,

   IT IS HEREBY ORDERED that the defendant's motion for continuation of his sentencing hearing be granted, setting the hearing for August 28th, 2019.

DATED: 6/10/19              ENTERED: _Charles Norgle_

JEFFREY B. STEINBACK

8351 Snaresbrook Rd.

Roscoe, Il 61073

847-624-9600