UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | No. 14 CR 287-6 |
| v. ) | |
| ) | Honorable Charles Norgle |
| JAMES J. CARROLL ) | |

# AGREED ORDER

This matter coming before the Court by agreement of the parties, IT IS HEREBY ORDERED THAT:

The sentencing hearing that was set for James J. Carroll on September 20, 2019, is hereby continued and rescheduled to October 2, 2019, at 10:30 a.m.

Entered: _____
Honorable Charles Norgle
United States District Court Judge

Dated: 9-16-19