# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
|    Plaintiff, | ) |
| v. | ) No. 14 - CR 287-6 |
| | ) The Honorable Charles Norgle |
| **James Carroll** | ) Judge Presiding |
|    Defendant, | ) |
| | ) |

## AGREED ORDER

THIS CAUSE COMING ON TO BE HEARD on defendant, James Carroll's unopposed motion for the continuation of his sentencing hearing to December 11, 2019, neither the Government, nor Probation Department, having any objection, due notice having been given and the Court having jurisdiction over the matter,

IT IS HEREBY ORDERED that the defendant's motion for continuation of his sentencing hearing be granted, setting the hearing for December 11, 2019 at 10:00 a.m.

DATED: 10/28/19

ENTERED: _Charles Norgle_