# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:14-cr-00287-6 |
| v. | |
| JAMES CARROLL, | Hon. Charles R. Norgle |
| Defendant. | |

## ORDER

Defendant's emergency motion to continue sentencing hearing [436] is granted, due to Defendant's counsel's representations regarding his health. In-person sentencing set for 5/17/2022 is stricken and re-set for 8/17/2022 at 1:30 p.m.

IT IS SO ORDERED.

ENTER:

_____
CHARLES RONALD NORGLE, Judge
United States District Court

DATE: May 16, 2022