## *United States District Court for the Northern District of Illinois*

Case Number: _____    Assigned/Issued By: _____

Judge Name: _____    Designated Magistrate Judge: _____

---

### FEE INFORMATION

*Amount Due:*  ☐ $405.00   ☐ $52.00   ☐ $5.00

☐ IFP   ☐ No Fee   ☐ Other _____

☐ $605.00

Number of Service Copies _____    Date: _____

(For Use by Fiscal Department Only)

Amount Paid: _____    Receipt #: _____

Date Payment Rec'd: _____    Fiscal Clerk: _____

---

### ISSUANCES

☐ Summons                                     ☐ Alias Summons

☐ Third Party Summons                         ☐ Lis Pendens

☐ Non Wage Garnishment Summons                ☐ Abstract of Judgment

☐ Wage-Deduction Garnishment Summons          _____

☐ Citation to Discover Assets                 _____

☐ Writ _____                   (Victim, Against and $ Amount)
    (Type of Writ)

_____ Original and _____ copies on _____ as to _____
                                        (Date)

_____